IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                       15-CR-6046

ASHLEE COOK,

                Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, the government has fully reviewed the Pre-Sentence Investigation Report ("PSR") submitted by the United States Probation Department on or about August 5, 2015. The PSR is consistent with the terms and agreements of the plea agreement entered into by the parties. As such, the government has no objections to and adopts the findings of the PSR.

On June 1, 2015, the defendant entered a plea of guilty to a violation of Title 18, United States Code, Section 1594(c) (Conspiracy to Commit Sex Trafficking). Based upon her plea, Ms. Cook faces a maximum possible sentence of life imprisonment, a maximum fine of $250,000, a mandatory $100 special assessment, and a term of supervised release of five (5) years to life. The parties and the Probation Department agree that Ms. Cook's recommended guideline range is a term of imprisonment of 108-135 months.

The defendant is required to pay a $100 special assessment pursuant to 18 U.S.C. §3013 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

>  Asset Forfeiture/Financial Litigation Unit
>  U.S. Attorney's Office--WDNY
>  138 Delaware Avenue
>  Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

DATED: August 14, 2015

                                              Respectfully submitted,

                                              William J. Hochul, Jr.
                                              United States Attorney


                                      By:    s/Melissa M. Marangola
                                                  Melissa M. Marangola
                                                  Assistant U.S. Attorney
                                                  United States Attorney's Office
                                                  100 State Street, Room 500
                                                  Rochester, New York 14614
                                                  585-399-3925


TO:    Hon. Frank P. Geraci
         James L. Riotto II, Esq.
         David Spogen, USPO (via hand delivery)